# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GINA VANCAMP, *et al.* | * |
| *Plaintiffs,* | *  Civil Action No.: 24-3097 |
| vs. | * |
| BALTIMORE COUNTY, MARYLAND, *et al.* | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

Defendants Baltimore County, Maryland and Defendant Detective Trenary, by and through undersigned counsel, move under Rule 56 for summary judgment as to all claims against them. Defendants have attached a memorandum of law in support of this motion, which is incorporated by reference herein.

WHEREFORE, Defendants respectfully request this Honorable Court issue an Order entering judgment in their favor on all claims against them.

James R. Benjamin, Jr.
County Attorney

/s/
_____
Alek J. Stathakis
Bar No.: 31317
Assistant County Attorney
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420
astathakis@baltimorecountymd.gov