**SILVERMAN THOMPSON**
Silverman Thompson Slutkin White

ATTORNEYS AT LAW

*A Limited Liability Company*
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

Writer's Direct Contact:
KURT NACHTMAN, ESQ.
443-909-7490
kurt@silvermanthompson.com

January 7, 2026

**VIA CM-ECF:**
The Honorable Brendan A. Hurson
United States District Court for the District of Maryland

    Re:    ***Gina Vancamp, et. al. v. Baltimore County Maryland, et. al.***
             ***Civil No. 1:24-CV-3097-BAH***

Dear Judge Hurson,

    I write to inform the Court that Plaintiffs are working to substitute Ms. Gina Vancamp with Ms. Sabrina McCourry a.k.a. Sabrina Tores as Personal Representative of the Estate of Brian Roger McCourry, Jr.

    Initially Plaintiffs sought to obtain a copy of the death certificate from Ms. Vancamp's son but have been unable to obtain a copy. Subsequently, Plaintiffs requested Ms. Vancamp's death certificate from Vital Records but have not received it thus far. Per State law, Plaintiffs cannot file a formal substitution until Vital Records provides Ms. Vancamp's death certificate. Plaitniffs have also made attempt to obtain a copy of the death certificate from the funeral home, but the funeral home ("Affordable Funeral Services") has refused to turn over a copy despite numerous requests.

    Once Plaintiffs receive Ms. Vancamp's death certificate, a petition to substitute Ms. Sabrina McCourry a.k.a. Sabrina Tores as Personal Representative of the Estate of Brian Roger McCourry, Jr. will be filed with the Orphans' Court for Baltimore County. And a subsequent substitution will be filed in this Court.

    Defendant's filed a suggestion of death on October 27, 2025 and we have requested Defendant's consent for an extension of the 90 day window to substitute and they do not consent.

    In the event there is an issue, we would be happy to find a time for a short status call to address it.

                                Sincerely,

                                */s/ Kurt Nachtman*

                                Kurt Nachtman

KN/bc
Cc:    All Counsel of Record

Washington
1775 I Street NW, Suite 1150
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204